JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Santiago Avalos,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>Rite Aid Corporation, a Delaware Corporation; Alpha Beta Company, a California Corporation; Does 1-25,<br><br>　　　　　Defendants. | Case No. CV14-06205-DMG(AGRx)<br><br>**ORDER DISMISSING ENTIRE ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) [11]** |

In accordance with the Parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED that this entire action is dismissed with prejudice. The Scheduling Conference on October 10, 2014 is VACATED.

**IT IS SO ORDERED**.

DATED:   October 3, 2014

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE